## Mary E. Hering, Plaintiff-Appellee, v. Garlin Hilton, Defendant-Appellant.

**Gen. No. 10,093.** 

Third District.

July 24, 1958.

Released for publication August 11, 1958.

 Young & Sullivan, and James E. Murphy, for defendant-appellant (Elliott B. Young, and John D. Sullivan, of counsel); Lybarger & Collins, and Keith F. Scott, for plaintiff-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.